# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL TIMMS, | : | |
| | : | |
| Petitioner, | : | |
| | : | Civil Action |
| v. | : | |
| | : | No. 23-1683 |
| BRADLEY BOOHER, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

AND NOW, this 11th day of July, 2024, upon consideration of the Petitioner's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), United States Magistrate Judge Elizabeth Hey's Report and Recommendation (ECF No. 14), and all papers submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that the Report and Recommendation is **APPROVED and ADOPTED** and the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**